REQUEST FOR COURT ACTION / DIRECTION

| | | |
|---|---|---|
| TO: | Honorable Kimba M. Wood<br>Chief U.S. District Court Judge | OFFENSE: Conspiracy to Possess and Pass a Counterfeit Check (18 USC 371) Class D Felony; Attempting to Pass a Fictitious Obligation (18 USC 514(a)(2) and 2) Class B Felony. |
| | | SENTENCE: Seventy One (71) months imprisonment followed by a Three (3) year term of supervised release. |
| FROM: | Peter A. Merrigan<br>Supervising U.S. Probation Officer | SPEC. CONDITIONS: $200 Special Assessment Fee. Defendant will participate in a program approved by the United States Probation Office for substance abuse, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol. The defendant will comply with the directives of the Immigration and Naturalization Service and the immigration laws. |
| | | AUSA: Harry Sandick |
| RE: | Semyon Bumagin<br>Dkt# S1 01 CR 797-01 (KMW) | |

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/09
```

DATE OF SENTENCE: August 14, 2002

DATE:    March 5, 2009

ATTACHMENTS:    PSI X    JUDGMENT X
REQUEST FOR:    COURT DIRECTION X

**TRANSFER OF JURISDICTION**

Semyon Bumagin was sentenced by Your Honor as indicated above. On December 11, 2006, Bumagin commenced his term of supervision in the Eastern District of New York, based on his residence. On November 10, 2008, Bumagin relocated to the Southern District of Florida, based on his residence and employment opportunities. United States Probation Officer (USPO) Jeffrey Feldman is informing that a transfer of jurisdiction is being requested.

USPO Jeffrey Feldman informs that Bumagin will be a permanent resident of Hollywood, Florida and has ties to the Southern District of Florida. Based on Feldman's residence within the confines of their district and so that all matters with the court can be handled in an expeditious manner, we are respectfully requesting a transfer of jurisdiction be initiated at this time.

At this time we are requesting that Probation Form 22 (attached) is signed in order to initiate the **Transfer of Jurisdiction** process.

Respectfully submitted,

Michael J. Fitzpatrick
Chief U.S. Probation Officer

*[signature]*
Peter A. Merrigan
Supervising U.S. Probation Officer
212 805 5129

NY 201
Rev.12/07

Semyon Bumagin                              -2-                         S1 01 CR 797-01 (KMW)

**JUDICIAL RESPONSE:**

**TRANSFER OF JURISDICTION APPROVED (please see Prob. 22)** ____✓____

**DENIED:** _____

**COMMENTS:** _____
_____
_____
_____

_____3-9-09_____                         _____/KWood/_____
**DATE**                                  **Honorable Kimba M. Wood**
                                          **Chief U. S. District Court Judge**

NY 201
Rev.12/07

| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Tran. Court)* S1 01 CR 797-01 (KMW) | |
|---|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Semyon Bumagin 2751 South Ocean Drive Hollywood, FL 33019 | | DISTRICT SOUTHERN DISTRICT OF NEW YORK | DIVISION U.S. Probation | |
| | | NAME OF SENTENCING JUDGE Honorable Kimba M. Wood | | |
| | | DATES OF PROBATION/SUPERVISED RELEASE: | FROM December 11, 2006 | TO December 10, 2009 |

OFFENSE:

Conspiracy to Possess and Pass a Counterfeit Check (18 USC 371) Class D Felony; Attempting to Pass a Fictitious Obligation (18 USC 514(a)(2) and 2) Class B Felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **"SOUTHERN DISTRICT OF NEW YORK"**

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **SOUTHERN DISTRICT OF FLORIDA** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3-9-09
*Date*

/s/ Wood

**Kimba M. Wood**
*Chief United States District Court Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF FLORIDA**

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*          *United States District Judge*