Semyon Bumagin

Docket Number: 1:01 CR 0797-01 (KMW)
P21454/AW



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION DEPARTMENT

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/15

## *JUDICIAL RESPONSE*

THE COURT ORDERS:

[ ✓ ] Permission to forward a redacted copy of the Presentence Investigation Report for releasee to AUSA for pending criminal matter with the Eastern District of New York (under Criminal Case No. 11-800) **GRANTED**

[ ] Permission to forward a redacted copy of the Presentence Investigation Report for releasee to AUSA for pending criminal matter with the Eastern District of New York (under Criminal Case No. 11-800) **DENIED**

[ ] Other

_____
Signature of Judicial Officer

10-15-15
Date